IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville DIVISION

Kohvu Pendergrass,
(Name)

533675
(Prison Id. No.)

_____
(Name)

_____
(Prison Id. No.)

Plaintiff(s)

v.
(Dsco-DDC)
Davidson County Sheriff Office
(Name)

_____
(Name)

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)

Civil Action No. _____
(To be assigned by the Clerk's Office. Do not write in this space.)

JURY TRIAL REQUESTED √ YES ___NO

(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983

I.   **PARTIES TO THIS LAWSUIT**

A.   Plaintiff(s) bringing this lawsuit:

1.   Name of the first plaintiff: Kohvu Pendergrass
     Prison I.D. No. of the first plaintiff: 533675
     Address of the first plaintiff: 700 James Robertson Parkway
     Nashville, TN 37219-6383

Status of Plaintiff: CONVICTED ( √ )      PRETRIAL DETAINEE (___)

2.   Name of the second plaintiff: _____
     Prison I.D. No. of the second plaintiff: _____
     Address of the second plaintiff: _____

Status of Plaintiff: CONVICTED (___)      PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B.   Defendant(s) against whom this lawsuit is being brought:

1.   Name of the first defendant: Davidson County Sheriff's office
Place of employment of the first defendant: DCSO- Downtown Detention Center - DDC
First defendant's address: 200 James Robertson Parkway Nashville, TN 37219-6383

Named in official capacity?  ✓ Yes        ___No
Named in individual capacity? ___Yes       ___No

2.   Name of the second defendant: _____
Place of employment of the second defendant: _____

Second defendant's address: _____

Named in official capacity?    ___Yes        ___No
Named in individual capacity?  ___Yes        ___No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II.   JURISDICTION

A.   Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).   42 U.S.C § 1983

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ___Yes ✓No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____ N|A _____

Defendants _____ N|A _____

2. In what court did you file the previous lawsuit?___ N|A ___

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? ___ N|A ___

4. What was the Judge's name to whom the case was assigned? ___ N|A ___

5. What type of case was it (for example, habeas corpus or civil rights action)? _____ N|A _____

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) _____ N|A _____

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? ___ N|A ___

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) _____ N|A _____

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___Yes ___No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV.   **EXHAUSTION**

   A.   Are the facts of your lawsuit related to your present confinement?

   ✓ Yes          ___No

   B.   If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____

   _____

   _____

   C.   Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

   ___Yes          ✓ No

   *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

   D.   Have you presented these facts to the prison authorities through the state grievance procedure?          ___Yes          ___No

   E.   If you checked the box marked "Yes" in question III.D above:

      1.   What steps did you take? _____

      _____

      2.   What was the response of prison authorities?_____

      _____

      _____

   F.   If you checked the box marked "No" in question IV.D above, explain why not._____

   _____

   _____

   _____

   G.   Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?          ✓ Yes          ___No

   H.   If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?     ✓ Yes          ___No

   I.   If you checked the box marked "Yes" in question III.H above:

      1.   What steps did you take? Notified the supervisor of the shift, and every C.O that came in the unit.

2. What was the response of the authorities who run the detention facility?____
We're waiting on classification to move you or how are yall incompatibles but are cell mates

J. If you checked the box marked "No" in question IV.H above, explain why not. ____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

My 8th admendment, my safety wasn't a priority and wasn't secured. I was placed in a very unsafe situation, and should've been safely guarded.

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On 12-12-25 I was involved in a "gang fight". I was the alledged victim where 5 inmates attacked me. On 12-16-25 me and the 5 inmates went to RHU for 60 days. Incompatibles was placed on all 6 of us. Once I got to RHU I was placed in the cell with (Maurice Webster) one of the inmates that was involved in that gang fight. He was in the RHU for assaulting me and we were cellies from 12-16-25 until 1-31-26. We was fighting, he took my commissary, and would snatch the shower curtain down (in RHU showers are in the cell.) On 1-19-26 at 8:45pm, me and Maurice Webster was placed in belly chains in our cell, he threatned me with the chains. On 1-21-26 at 8:35am, Sgt. Darius Caldwell saw us two in the cell, he told the C.O call classification and get me moved, nothing happened, for Darius Caldwell put the incompatibles on us on 12-14-25. I was bullied, harrassed, and threatned almost everyday. He would take my food, and I also told mental health I was having nightmares about it. I notified every CO and they didn't believe me, help me, or take me serious.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

I want a valid check for $22,824.96¢ mailed to my dad for him to cash for me. His address is 102 Donna dr Madison, TN 37115. If not then I must request a jury trial. All of the facts I present, shows my rights violated. I need counsling, and still have nightmares. 22,824 and 96 cents shouldn't be a price for my safety, but someone has to be held responsible, and that is the relief im requesting.

I request a jury trial.      √ Yes      ___No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Kohn Burns                    Date: 5-11-26
Prison Id. No. 533675
Address (Include the city, state and zip code.): 200 James Robertson Parkway Nashville, TN 37219-6383

Signature: _____    Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER. Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

NAME Kohvu Pendergrass
OCA 533675
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383



RECEIVED

MAY 2 2 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court
for the Middle District of Tennessee

801 Broadway, Room 800

Nashville, TN 37203

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT